Winston BELL, Appellant,

v.

STATE of Missouri, Respondent.

No. 55904.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 5, 1989.

Michael Lee Henderson, Clayton, Henry Robertson, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Winston Bell, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. Motion court dismissed movant's motion as untimely. Rule 24.035(*l*). The findings and conclusions of the motion court are not clearly erroneous. Rule 24.035(j). *Day v. State*, 770 S.W.2d 692, 696[2] (Mo.banc 1989). An extended opinion would serve no jurisprudential purpose. We affirm. Rule 84.16(b).